AO 246 (Rev. 01/14- Fresno) Probation Order Under 18 U.S.C. § 3607

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br><br>MIRIAM YUSUF<br><br>*Defendant* | ) <br> ) <br> ) Case No. 6:19-PO-00200 JDP <br> ) <br> ) <br> ) |

### ORDER TO PAY
### PROBATION PURSUANT TO A DEFERRED JUDGMENT
### AGREEMENT BETWEEN THE PARTIES

The defendant having been found guilty of an offense under 36 CFR 2.35(b)(2), and pursuant to an agreement between the government and the defendant,

**IT IS ORDERED:** The defendant is placed on unsupervised probation as provided in the agreement between the parties for a period of 12 months, without a judgment of conviction first being entered. The defendant must comply with the standard conditions of probation set forth in this order, and the following conditions found on page two:
1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and, if represented by counsel, your counsel of any change of address and contact number.

Date: 6/18/2019

**JEREMY D. PETERSON**
*United States Magistrate Judge*

## Conditions of Probation

While on probation, you must also:

1. The defendant shall pay a fine of $260.00, a processing fee of $30.00 and a special assessment of $10.00 for a total financial obligation of $300.00, which shall be paid in full by March 7, 2019. Payment shall be made payable to the Clerk, U.S.D.C., and mailed to:

   CENTRAL VIOLATIONS BUREAU
   P.O. Box 71363
   Philadelphia, PA 19176-1363
   1-800-827-2982
   -or-
   Pay online at www.cvb.uscourts.gov and click on "Pay On-Line"

2. The defendant is ordered to complete 30 hours of community service.

3. The defendant is ordered to personally appear for a Probation Review Hearing on 12/18/2019 at 10:00 am before U.S. Magistrate Judge Jeremy D. Peterson.