HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
LINDA C. ALLISON, State Bar #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Linda_allison@fd.org

Attorney for Defendant
MIRIAM YUSUF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 19-PO-200 JDP |
|---|---|
| Plaintiff, | ) |
| v. | ) **MOTION TO MODIFY PROBATION** |
| MIRIAM YUSUF, | ) Judge: Hon. Jeremy D. Peterson |
| Defendant. | ) |

On June 18, 2019 this Court adopted a Deferred Judgment Agreement between the defendant and the government.  Under the terms of the agreement, Ms. Yusuf was placed on unsupervised probation for a period of 12 months and given several conditions.  Along with the standard conditions of such agreements, Ms. Yusuf was order to pay a fine of $260.  Payment was due by March 7, 2020. (The Order indicates the fine is due by March 7, 2019, but clearly that is an error and should read 2020.)  She was also ordered to complete 30 hours of community service.   By December 6, 2019 Ms. Yusuf completed the 30 hours of community service.  Proof of her hours has been submitted, in writing, to the government.

Ms. Yusuf is experiencing financial problems, but she is able to do additional community service. Therefore, the defense is requesting that her $260 fine be modified to 26 hours of community service. The government's representative in this case was contacted. She indicated that she had no objection to this request. The rest of the conditions would remain in place. The parties have concluded that this is the fairest way to resolve the matter as to Mr. Gilmore and ask the Court to adopt their agreement.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  January 17, 2020            */s/ Linda Allison*
LINDA ALLISON
Assistant Federal Defender
Attorney for MIRIAM YUSUF

**ORDER**

IT IS SO ORDERED.

Dated:   May 22, 2020

_____
UNITED STATES MAGISTRATE JUDGE