Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIAM YUSUF,<br><br>Defendant. | No.  6:19-po-00200-JDP<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

    The Defendant having met all conditions of the Deferred Entry of Judgement, the United States hereby moves the Court for an order of dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon.

Dated:  August 26, 2020                  /S/ Sean Anderson
                                                Sean O. Anderson
                                                Legal Officer
                                                Yosemite National Park

**ORDER**

Upon application of the United States, good cause having been shown therefor, it is hereby ordered that the above-referenced matter, *United States v. Yusuf*, 6:19-po-00200-JDP, be dismissed in the interest of justice.

IT IS SO ORDERED.

Dated:   August 27, 2020                              _____
                                                                        UNITED STATES MAGISTRATE JUDGE

2